**FILED**

APR 2 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v )<br>)<br>ROBB HARRISON CHEAL, )<br>NADEEM KHAN, )<br>ROBERT CARILLO, and )<br>RYAN CHEAL, )<br>)<br>Defendants. )<br>_____) | Mag. No. 2:12-mj-0050 KJN<br><br>ORDER UNSEALING CRIMINAL<br>COMPLAINT AND AFFIDAVIT IN<br>SUPPORT OF THE CRIMINAL COMPLAINT |

Upon Application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the Criminal Complaint and Affidavit in support of the Criminal Complaint in Mag. No. 2:11-mj-0312 KJN be, and is, hereby ordered **UNSEALED**.

DATED: March 30, 2012

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE