```
                              FILED
                              April 30, 2012
                              CLERK, US DISTRICT COURT
                              EASTERN DISTRICT OF
                              CALIFORNIA
                              DEPUTY CLERK
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:12-mj-00050 KJN |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| ROBB CHEAL, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Robb Cheal</u>; Case <u>2:12-mj-00050 KJN</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     \_\_   Release on Personal Recognizance

     \_\_   Bail Posted in the Sum of _____

     _X_   Unsecured Appearance Bond in the amount of <u>$50,000.00</u>

     \_\_   Appearance Bond with 10% Deposit

     \_\_   Appearance Bond secured by Real Property

     \_\_   Corporate Surety Bail Bond

     _X_   (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>4/30/2012</u> at 2:15 p.m.

By _____
Kendall J. Newman
United States Magistrate Judge