THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant Nadeem Khan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12-cr-00185-JAM |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE |
| ROBB HARRISON CHEAL, et al., | |
| Defendants. | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the
Status Conference scheduled for November 6, 2012 at 9:45 a.m. is continued to January
22, 2013 at 9:45 a.m. in the same courtroom.  Thomas A. Johnson, Nadeem Khan's
attorney, is requesting such continuance due to a scheduling conflict.  Additionally, all
defendants request a continuance in order to continue review of discovery and
preparation of counsel.  All parties stipulate and agree that the ends of justice are served
by this continuance outweigh the best interest of the public and Defendants in a speedy
trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

It is further stipulated that the period from the date of this stipulation through and
including January 22, 2013, be excluded in computing the time within which trial must
commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), and
(h)(7)(B)(iv), and Local Code T4 (reasonable time for preparation of counsel). The ends
of justice served by the continuance outweigh the best interest in the public and the
Defendants in a speedy trial.

1    **IT IS SO STIPULATED.**

2

3    DATE:  October 31, 2012

                                            /s/   Thomas A. Johnson
4                                           THOMAS A. JOHNSON
                                            Attorney for Nadeem Khan

5

6    DATED:  October 31, 2012               BENJAMIN WAGNER
                                            United States Attorney

7                                   By:     /s/ Thomas A. Johnson for
8                                           JASON HITT
                                            Assistant U.S. Attorney

9    DATED:  October 31, 2012

10                                  By:     /s/ Thomas A. Johnson for
                                            MICHAEL PETRIK, Jr.
11                                          Attorney for Robb Cheal

12   DATED:  October 31, 2012
                                    By:     /s/ Thomas A. Johnson for
13                                          CHRISTOPHER COSCA
                                            Attorney for Ryan Cheal

14   DATED:  October 31, 2012

15                                  By:     /s/ Thomas A. Johnson for
                                            ZENIA GILG
16                                          Attorney for Robert Carrillo

17

18                                  **ORDER**

19
          It is so ordered.
20
     Dated:   10/31/2012
21
                                    /s/ John A. Mendez_____
22                                  JOHN A. MENDEZ
                                    United States District Court Judge
23

24

25

26

27

28