JOSEPH SCHLESINGER, #87692
Acting Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 12-185-TLN |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER TO ADD CONDITION OF RELEASE THAT REQUIRES MEDICAL OR PSYCHIATRIC TREATMENT |
| v. | |
| ROBB HARRISON CHEAL, | Judge: Hon. Edmund F. Brennan |
| Defendant. | |

The United States of America, by Jason Hitt, Assistant United States Attorney, together with defendant, Robb Harrison Cheal, by counsel, Michael Petrik, Jr., stipulate that the Court should add a condition of release which states: "You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer."

The parties also stipulate that Mr. Cheal shall test for controlled substances four times per month.

/ / /

/ / /

STIPULATION AND ~~PROPOSED~~ ORDER                1                    12-185-TLN

1   The parties stipulate based upon the recommendation of Mr. Cheal's
2   Pretrial Services Officer. All other conditions of release will remain
3   in effect.

5   Dated: April 17, 2013                Respectfully submitted,

6                                        JOSEPH SCHLESINGER
                                         Acting Federal Defender
7
                                         /s/ M.Petrik
8                                        _____
                                         MICHAEL PETRIK, Jr.
9                                        Assistant Federal Defender

10  Dated: April 17, 2013                BENJAMIN B. WAGNER
                                         United States Attorney
11
                                         /s/ M.Petrik for
12                                       _____
                                         MICHAEL D. ANDERSON
13                                       Assistant U.S. Attorney

## O R D E R

For the reasons stated above, the Court adds a condition of release which states: "You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer."

The Court orders Mr. Cheal to test for controlled substances four times per month.

All other conditions of release will remain in effect.

Dated: April 17, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ~~PROPOSED~~ ORDER         2                    12-185-TLN