BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBB CHEAL et al.,<br><br>　　　　　Defendants. | Case No. 2:12-cr-0185 TLN<br><br>ORDER TO EXCLUDE TIME |

　　　On May 9, 2013, the Court held a status conference in this case and ordered a further status conference to be held on June 6, 2013, at 9:30 a.m.  During the hearing, counsel for each defendant agreed that a further status conference should be held and that time should be excluded in the interim.  Based upon the representations and stipulation of counsel, the Court ordered that the time between May 9, 2013, and June 6, 2013, should be excluded from the calculation of time under the Speedy Trial Act. The  ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

1

Specifically, defendants anticipate continuing to review the discovery in this case, and conducting independent defense investigation into the facts and circumstances of any possible defenses.  Time is necessary for the parties to proceed either with further discovery, litigation, or resolution of the case. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED.**

DATED:    May 17, 2013

Troy L. Nunley
United States District Judge