THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Nadeem Khan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ROBB HARRISON CHEAL, et al.,<br><br>　　　　Defendants. | Case No.: 2:12-cr-00185-TLN<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE |

　　　　The United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, together with Thomas A. Johnson, counsel for defendant Nadeem Khan, Michael Petrik, Jr., counsel for defendant Robb Cheal, Olaf Hedberg, counsel for defendant Robert Carrillo, and Christopher Cosca, counsel for defendant Ryan Cheal, hereby stipulate the following:

1. By previous order, this matter was set for status conference on June 6, 2013.
2. By this stipulation, defendants now move to continue the status conference to September 5, 2013, at 9:30 a.m., and to exclude time between June 6, 2013, and September 5, 2013 under the Local Code T-4 (to allow defense counsel time to prepare).
3. The parties agree and stipulate, and request the Court find the following:
    a. Defense counsel for Robert Carrillo, Olaf Hedberg, is currently in a trial.

    b. Additionally, a continuance is requested because all counsel for the defendants need additional time to review the discovery, conduct investigation, and discuss potential resolutions.

    c. Counsel for defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d. The Government does not object to the continuance.

    e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

    f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of June 6, 2013, to September 5, 2013, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATE:  June 4, 2013

                                                    /s/   Thomas A. Johnson  
                                                    THOMAS A. JOHNSON  
                                                    Attorney for Nadeem Khan

DATED:  June 4, 2013                                    BENJAMIN B. WAGNER

|  |  |
|---|---|
|  | United States Attorney |
| DATED: June 4, 2013 | By: /s/ Thomas A. Johnson for<br>JASON HITT<br>Assistant U.S. Attorney |
| DATED: June 4, 2013 | By: /s/ Thomas A. Johnson for<br>MICHAEL PETRIK, Jr.<br>Attorney for Robb Cheal |
|  | By: /s/ Thomas A. Johnson for<br>CHRISTOPHER COSCA<br>Attorney for Ryan Cheal |
| DATED: June 4, 2013 | By: /s/ Thomas A. Johnson for<br>OLAF HEDBURG<br>Attorney for Robert Carrillo |

**ORDER**

IT IS SO ORDERED.

Dated: June 4, 2013

_____
Troy L. Nunley
United States District Judge