1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:12-cr-185 TLN |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO MARCH 27, 2014, AT 9:30 A.M. |
| v. | ) ) | |
| ROBB CHEAL, RYAN CHEAL, ROBERT CARRILLO, NADEEM KHAN, | ) ) ) ) ) | Date:   March 27, 2014 Time:   9:30 a.m. Judge:  Hon. Troy L. Nunley |
| Defendants. | ) | |

The parties stipulate, through respective counsel, that the Court should continue the status conference set for January 30, 2014, at 9:30 a.m., to March 27, 2014, at 9:30 a.m.

Defense counsel require the continuance to consult with their clients about discovery, and to conduct investigation. Defense counsel require further time to meet and consult with each other. Defense counsel also require further time to meet and confer with their clients regarding proposed plea agreements that the government will propound shortly.

Counsel and the defendants agree that the Court should exclude the time from January 27, 2014, through March 27, 2014, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

/ / /

Counsel and the defendants also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

DATED: January 27, 2014          HEATHER E. WILLIAMS
                                 Federal Defender

                                 /s/ M.Petrik_____
                                 MICHAEL PETRIK, Jr.
                                 Assistant Federal Defender
                                 Attorneys for Robb Cheal


DATED: January 27, 2014

                                 /s/ M.Petrik for_____
                                 CHRIS COSCA
                                 Attorney for Ryan Cheal


DATED: January 27, 2014

                                 /s/ M.Petrik for_____
                                 OLAF HEDBERG
                                 Attorney for Mr. Carrillo


DATED: January 27, 2014

                                 /s/ M.Petrik for_____
                                 THOMAS A. JOHNSON
                                 Attorney for Mr. Khan


DATED: January 27, 2014          BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ M.Petrik for_____
                                 JASON HITT
                                 Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the status conference rescheduled for March 27, 2014, at 9:30 a.m. The Court orders the time from the date of the parties stipulation, up to and including March 27, 2014, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

Dated: January 28, 2014

Troy L. Nunley
United States District Judge