1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        ) Case No. 2:12-cr-185 TLN
                                    )
11           Plaintiff,              ) STIPULATION AND ORDER TO CONTINUE
                                    ) STATUS CONFERENCE TO MAY 22, 2014,
12     v.                           ) AT 9:30 A.M.
                                    )
13 ROBB CHEAL,                      ) Date:  March 27, 2014
   RYAN CHEAL,                      ) Time:  9:30 a.m.
14 ROBERT CARRILLO,                 ) Judge: Hon. Troy L. Nunley
   NADEEM KHAN,                     )
15                                  )
             Defendants.            )
16 _____ )

17

18     The parties stipulate, through respective counsel, that the Court should continue the status

19 conference set for March 27, 2014, at 9:30 a.m., to May 22, 2014, at 9:30 a.m.

20     Defense counsel require the continuance to consult with their clients about discovery, and

21 to conduct investigation.  Defense counsel require further time to meet and consult with each

22 other.  Defense counsel also require further time to meet and confer with their clients regarding

23 plea agreements that the government has proposed, and propose counter offers to the

24 government.

25     Counsel and the defendants agree that the Court should exclude the time from March 27,

26 2014, through May 22, 2014, when it computes the time within which trial must commence

27 under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

28

Counsel and the defendants also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

DATED: March 25, 2014				HEATHER E. WILLIAMS
						Federal Defender

						/s/ M.Petrik_____
						MICHAEL PETRIK, Jr.
						Assistant Federal Defender
						Attorneys for Robb Cheal


DATED: March 25, 2014

						/s/ M.Petrik for_____
						CHRIS COSCA
						Attorney for Ryan Cheal


DATED: March 25, 2014

						/s/ M.Petrik for_____
						OLAF HEDBERG
						Attorney for Mr. Carrillo


DATED: March 25, 2014

						/s/ M.Petrik for_____
						THOMAS A. JOHNSON
						Attorney for Mr. Khan


DATED: March 25, 2014				BENJAMIN B. WAGNER
						United States Attorney

						/s/ M.Petrik for_____
						JASON HITT
						Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the status conference rescheduled for May 22, 2014, at 9:30 a.m. The Court orders the time from the date of the parties stipulation, up to and including May 22, 2014, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

Dated: March 27, 2014

Troy L. Nunley
United States District Judge