1   HEATHER E. WILLIAMS, #122664
Federal Defender
2   MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
3   801 I Street, 3rd Floor
Sacramento, CA  95814
4   Telephone: (916) 498-5700

5   Attorneys for Defendant

6

7

8                      UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10   UNITED STATES OF AMERICA, | ) | Case No. 2:12-cr-185 TLN |
| | ) | |
| 11              Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | STATUS CONFERENCE TO OCTOBER 16, |
| 12     v. | ) | 2014, AT 9:30 A.M. |
| | ) | |
| 13   ROBB CHEAL, | ) | Date:    August 14, 2014 |
|   RYAN CHEAL, | ) | Time:    9:30 a.m. |
| 14   ROBERT CARRILLO | ) | Judge:   Hon. Troy L. Nunley |
|   NADEEM KHAN, | ) | |
| 15 | ) | |
|              Defendants. | ) | |
| 16 | ) | |

17

18       The parties stipulate, through respective counsel, that the Court should continue the status

19   conference set for August 14, 2014, at 9:30 a.m., to October 16, 2014, at 9:30 a.m.

20       Defense counsel require the continuance to consult with their clients about discovery, and

21   to conduct investigation.  Defense counsel require further time to meet and consult with each

22   other.  Defense counsel also require further time to meet and confer with their clients regarding

23   plea agreements that the government has proposed, and propose counter offers to the

24   government.

25       Counsel and the defendants agree that the Court should exclude the time from today

26   through October 16, 2014, when it computes the time within which trial must commence under

27   the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

28

1    Counsel and the defendants also agree that the ends of justice served by the Court

2    granting this continuance outweigh the best interests of the public and the defendants in a speedy

3    trial.

4    DATED: August 12, 2014                    HEATHER E. WILLIAMS
                                               Federal Defender
5
                                               /s/ M.Petrik_____
6                                              MICHAEL PETRIK, Jr.
7                                              Assistant Federal Defender
                                               Attorneys for Robb Cheal
8

9    DATED: August 12, 2014

10                                             /s/ M.Petrik for_____
11                                             CHRIS COSCA
                                               Attorney for Ryan Cheal
12

13   DATED: August 12, 2014

14                                             /s/ M.Petrik for_____
15                                             OLAF HEDBERG
                                               Attorney for Robert Carrillo
16

17   DATED: August 12, 2014

18                                             /s/ M.Petrik for_____
19                                             THOMAS A. JOHNSON
                                               Attorney for Nadeem Khan
20

21   DATED: August 12, 2014                    BENJAMIN B. WAGNER
22                                             United States Attorney

23                                             /s/ M.Petrik for_____
                                               JASON HITT
24                                             Assistant U.S. Attorney

25

26

27

28

Stipulation and Order to Continue            -2-                        2:12-cr-185 TLN

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the status conference rescheduled for October 16, 2014, at 9:30 a.m. The Court orders the time from the date of the parties stipulation, up to and including October 16, 2014, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

Dated: August 12, 2014

Troy L. Nunley
United States District Judge