| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MICHAEL PETRIK, Jr., #177913 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA  95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-185 TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO NOVEMBER 20, 2014, AT 9:30 A.M. |
| v. | |
| ROBB CHEAL, | Date:   October 16, 2014 |
| RYAN CHEAL, | Time:   9:30 a.m. |
| ROBERT CARRILLO | Judge:  Hon. Troy L. Nunley |
| NADEEM KHAN, | |
| Defendants. | |

The parties stipulate, through respective counsel, that the Court should continue the status conference set for October 16, 2014, at 9:30 a.m., to November 20, 2014, at 9:30 a.m.

Defense counsel require the continuance to consult with their clients about discovery, and to conduct investigation.  Defense counsel also require further time to meet and consult with each other.  Finally defense counsel require further time to meet and confer with their clients regarding plea agreements that the government has proposed, and propose counter offers to the government.

Counsel and the defendants agree that the Court should exclude the time from today through November 20, 2014, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

1   Counsel and the defendants also agree that the ends of justice served by the Court
2 granting this continuance outweigh the best interests of the public and the defendants in a speedy
3 trial.

4 DATED: October 9, 2014            HEATHER E. WILLIAMS
                                     Federal Defender
5
                                     /s/ M.Petrik_____
6                                    MICHAEL PETRIK, Jr.
                                     Assistant Federal Defender
7                                    Attorneys for Robb Cheal
8

9 DATED: October 9, 2014
10
                                     /s/ M.Petrik for_____
11                                   CHRIS COSCA
                                     Attorney for Ryan Cheal
12

13 DATED: October 9, 2014
14
                                     /s/ M.Petrik for_____
15                                   OLAF HEDBERG
                                     Attorney for Robert Carrillo
16

17 DATED: October 9, 2014
18
                                     /s/ M.Petrik for_____
19                                   THOMAS A. JOHNSON
                                     Attorney for Nadeem Khan
20

21 DATED: October 9, 2014            BENJAMIN B. WAGNER
                                     United States Attorney
22

23                                   /s/ M.Petrik for_____
                                     JASON HITT
24                                   Assistant U.S. Attorney
25
26
27
28

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the status conference rescheduled for November 20, 2014, at 9:30 a.m. The Court orders the time from the date of the parties stipulation, up to and including November 20, 2014, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

Dated: October 14, 2014

Troy L. Nunley
United States District Judge