1    HEATHER E. WILLIAMS, #122664
Federal Defender
2    MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
3    801 I Street, 3rd Floor
Sacramento, CA  95814
4    Telephone: (916) 498-5700

5    Attorneys for Defendant

6

7

8                    UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10    UNITED STATES OF AMERICA,      )   Case No. 2:12-cr-185 TLN
                                     )
11              Plaintiff,        )   STIPULATION AND ORDER TO CONTINUE
                                     )   STATUS CONFERENCE TO JANUARY 15,
12      v.                   )   2015, AT 9:30 A.M.
                                     )
13    ROBB CHEAL,               )   Date:    November 20, 2014
   RYAN CHEAL,              )   Time:    9:30 a.m.
14    ROBERT CARRILLO,        )   Judge:   Hon. Troy L. Nunley
                                     )
15             Defendants.      )
                                     )
16

17        The parties stipulate, through respective counsel, that the Court should continue the status

18 conference set for November 20, 2014, at 9;30 a.m., to January 15, 2015, at 9:30 a.m.

19        Defense counsel require the continuance to consult with their clients about discovery, and

20 to conduct investigation.  Defense counsel also require further time to meet and consult with

21 each other.  Finally defense counsel require further time to meet and confer with their clients

22 regarding plea agreements that the government has proposed, and propose counter offers to the

23 government.

24        Counsel and the defendants agree that the Court should exclude the time from today

25 through January 15, 2015, when it computes the time within which trial must commence under

26 the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

27

28

1    Counsel and the defendants also agree that the ends of justice served by the Court

2  granting this continuance outweigh the best interests of the public and the defendants in a speedy

3  trial.

4  DATED: November 18, 2014              HEATHER E. WILLIAMS
                                         Federal Defender
5
                                         /s/ M.Petrik_____
6                                        MICHAEL PETRIK, Jr.
                                         Assistant Federal Defender
7                                        Attorneys for Robb Cheal

8

9  DATED: November 18, 2014

10
                                         /s/ M.Petrik for_____
11                                       CHRIS COSCA
                                         Attorney for Ryan Cheal
12

13  DATED: November 18, 2014

14
                                         /s/ M.Petrik for_____
15                                       OLAF HEDBERG
                                         Attorney for Robert Carrillo
16

17  DATED: November 18, 2014              BENJAMIN B. WAGNER
                                          United States Attorney
18

19                                        /s/ M.Petrik for_____
                                          JASON HITT
20                                        Assistant U.S. Attorney

21

22

23

24

25

26

27

28

Stipulation and Order to Continue                  -2-                          2:12-cr-185 TLN

1

**O R D E R**

2

The Court, having received, read, and considered the stipulation of the parties, and good

3

cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds

4

that the failure to grant a continuance in this case would deny defense counsel reasonable time

5

necessary for effective preparation, taking into account the exercise of due diligence.  The Court

6

finds that the ends of justice served by granting the continuance outweigh the best interests of the

7

public and defendants in a speedy trial.

8

The Court orders the status conference rescheduled for January 15, 2015, at 9:30 a.m.

9

The Court orders the time from the date of the parties stipulation, up to and including January 15,

10

2015, excluded from computation of time within which the trial of this case must commence

11

under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

12

DATED:  November 18, 2014

13

14

_____

15

Troy L. Nunley
United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order to Continue                              -3-                              2:12-cr-185 TLN