HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:12-cr-185 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO MARCH 12, 2015, AT 9:30 A.M. |
| v. | |
| ROBB CHEAL, RYAN CHEAL, ROBERT CARRILLO, | Date:   January 15, 2015<br>Time:   9:30 a.m.<br>Judge:  Hon. Troy L. Nunley |
| Defendants. | |

The parties stipulate, through respective counsel, that the Court should continue the status conference set for January 15, 2015, at 9:30 a.m., to March 12, 2015, at 9:30 a.m.

Defense counsel require the continuance to consult with their clients about discovery, and to conduct investigation.  Defense counsel also require further time to meet and consult with each other.  Finally defense counsel require further time to meet and confer with their clients regarding plea agreements that the government has proposed, and propose counter offers to the government.  Additionally, counsel for Ryan Cheal and Robert Carrillo each have unrelated trial commitments in other courts.

Counsel and the defendants agree that the Court should exclude the time from today through March 12, 2015, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

1   Counsel and the defendants also agree that the ends of justice served by the Court
2   granting this continuance outweigh the best interests of the public and the defendants in a speedy
3   trial.

4   DATED: January 13, 2015          HEATHER E. WILLIAMS
                                     Federal Defender
5
                                     /s/ M.Petrik_____
6                                    MICHAEL PETRIK, Jr.
                                     Assistant Federal Defender
7                                    Attorneys for Robb Cheal
8

9   DATED: January 13, 2015

10
                                     /s/ M.Petrik for_____
11                                   CHRIS COSCA
                                     Attorney for Ryan Cheal
12

13  DATED: January 13, 2015

14
                                     /s/ M.Petrik for_____
15                                   OLAF HEDBERG
                                     Attorney for Robert Carrillo
16

17  DATED: January 13, 2015          BENJAMIN B. WAGNER
                                     United States Attorney
18

19                                   /s/ M.Petrik for_____
                                     JASON HITT
20                                   Assistant U.S. Attorney

21

22

23

24

25

26

27

28

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the status conference rescheduled for March 12, 2015, at 9:30 a.m. The Court orders the time from the date of the parties stipulation, up to and including March 12, 2015, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

DATED: January 13, 2015

Troy L. Nunley
United States District Judge