HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
ROBB CHEAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ROBB CHEAL,<br>RYAN CHEAL,<br>ROBERT CARRILLO,<br><br>          Defendants. | Case No. 2:12-cr-185 TLN<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO MAY 7, 2015, AT 9:30 A.M.<br><br>Date:   March 12, 2015<br>Time:   9:30 a.m.<br>Judge:  Hon. Troy L. Nunley |
|---|---|

The parties stipulate, through respective counsel, that the Court should continue the status conference set for March 12, 2015, at 9:30 a.m., to May 7, 2015, at 9:30 a.m.

Defense counsel require the continuance to consult with their clients about discovery, and to conduct investigation.  Defense counsel also require further time to meet and consult with each other.  Finally, defense counsel require further time to meet and confer with their clients regarding plea agreements that the government has proposed, and propose counter offers to the government.  Additionally, counsel for Ryan Cheal and Robert Carrillo each have unrelated trial commitments in other courts.

Counsel and the defendants agree that the Court should exclude the time from today through May 7, 2015, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

Counsel and the defendants also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

DATED: March 10, 2015            HEATHER E. WILLIAMS
                                 Federal Defender

                                 /s/ M.Petrik
                                 MICHAEL PETRIK, Jr.
                                 Assistant Federal Defender
                                 Attorneys for Robb Cheal


DATED: March 10, 2015

                                 /s/ M.Petrik for
                                 CHRIS COSCA
                                 Attorney for Ryan Cheal


DATED: March 10, 2015

                                 /s/ M.Petrik for
                                 OLAF HEDBERG
                                 Attorney for Robert Carrillo


DATED: March 10, 2015            BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ M.Petrik for
                                 JASON HITT
                                 Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the status conference rescheduled for May 7, 2015, at 9:30 a.m. The Court orders the time from the date of the parties stipulation, up to and including May 7, 2015, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

DATED: March 10, 2015

_____
Troy L. Nunley
United States District Judge