HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ROBB CHEAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:12-cr-185 TLN |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO JULY 30, 2015, AT 9:30 A.M. |
| v. | ) ) | |
| ROBB CHEAL, RYAN CHEAL, ROBERT CARRILLO, | ) ) ) | Date: May 7, 2015<br>Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |
| Defendants. | ) ) ) | |

The parties stipulate, through respective counsel, that the Court should continue the status conference set for May 7, 2015, at 9:30 a.m., to July 30, 2015, at 9:30 a.m.

Defense counsel require the continuance to consult with their clients about discovery, and to conduct investigation. Defense counsel also require further time to meet and consult with each other. Finally, defense counsel require further time to meet and confer with their clients regarding plea agreements that the government has proposed, and to propose counter offers to the government. Additionally, counsel for Robb Cheal and Ryan Cheal each have unrelated trial commitments in other courts in June, 2015.

Counsel and the defendants agree that the Court should exclude the time from today through July 30, 2015, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

1  Counsel and the defendants also agree that the ends of justice served by the Court
2  granting this continuance outweigh the best interests of the public and the defendants in a speedy
3  trial.

DATED: April 30, 2015

HEATHER E. WILLIAMS
Federal Defender

/s/ M.Petrik_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender
Attorneys for Robb Cheal

DATED: April 30, 2015

/s/ M.Petrik for_____
CHRIS COSCA
Attorney for Ryan Cheal

DATED: April 30, 2015

/s/ M.Petrik for_____
OLAF HEDBERG
Attorney for Robert Carrillo

DATED: April 30, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for_____
JASON HITT
Assistant U.S. Attorney

1  **O R D E R**

2      The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial.

    The Court orders the status conference rescheduled for July 30, 2015, at 9:30 a.m.  The Court orders the time from the date of the parties stipulation, up to and including July 30, 2015, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

DATED: April 30, 2015

_____
Troy L. Nunley
United States District Judge