| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
|   | Federal Defender |
| 2 | MICHAEL PETRIK, Jr., #177913 |
|   | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
|   | Sacramento, CA  95814 |
| 4 | Telephone: (916) 498-5700 |

Attorneys for Defendant
ROBB CHEAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:12-cr-185-TLN |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
|  | ) | STATUS CONFERENCE TO DECEMBER 3, |
| v. | ) | 2015, AT 9:30 A.M. |
|  | ) |  |
| ROBB CHEAL, | ) | Date:   October 29, 2015 |
| RYAN CHEAL, | ) | Time:   9:30 a.m. |
| ROBERT CARRILLO, | ) | Judge:  Hon. Troy L. Nunley |
|  | ) |  |
| Defendants. | ) |  |

The parties stipulate, through respective counsel, that the Court should continue the status conference set for October 29, 2015, at 9:30 a.m., to December 3, 2015, at 9:30 a.m.

Defense counsel requires the continuance to consult with their clients about discovery, and to conduct investigation. Defense counsel also requires further time to meet and consult with each other. Finally, Defense counsel requires further time to meet and confer with their clients regarding plea agreements that the government has proposed, and to propose counter offers to the government.

Counsel and the defendants agree that the Court should exclude the time from today through December 3, 2015, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

1  Counsel and the defendants also agree that the ends of justice served by the Court
2  granting this continuance outweigh the best interests of the public and the defendants in a speedy
3  trial.

DATED: October 27, 2015            Respectfully submitted,
                                   HEATHER E. WILLIAMS

                                   Federal Defender

                                   /s/ M.Petrik_____
                                   MICHAEL PETRIK, Jr.
                                   Assistant Federal Defender
                                   Attorneys for Robb Cheal

DATED: October 27, 2015

                                   /s/ M.Petrik for_____
                                   CHRIS COSCA
                                   Attorney for Ryan Cheal

DATED: October 27, 2015

                                   /s/ M.Petrik for_____
                                   OLAF HEDBERG
                                   Attorney for Robert Carrillo

DATED: October 27, 2015            BENJAMIN B. WAGNER
                                   United States Attorney

                                   /s/ M.Petrik for_____
                                   JASON HITT
                                   Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the status conference rescheduled for December 3, 2015, at 9:30 a.m. The Court orders the time from the date of the parties stipulation, up to and including December 3, 2015, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

DATED: October 27, 2015

Troy L. Nunley
United States District Judge