Dustin D. Johnson (SBN: 234008)
The Law Offices of Dustin D. Johnson
2701 Del Paso Road, Suite 130-155
Sacramento, CA  95835
Phone: (877) 377-8070
Fax: (916) 244-9889

Attorney for Robert Carrillo

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT CARRILLO, et al.<br><br>Defendants. | Case No.  2:12-cr-185 TLN<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>**Judge: Hon. Troy L. Nunley**<br>**Time: 9:30 a.m.**<br>**Date: February 18, 2016** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jason Hitt, Assistant United States Attorney, Michael Petrik, Counsel for Robb Cheal, Chris Cosca, Counsel for Ryan Cheal, and Dustin D. Johnson, Counsel for Robert Carrillo, now move to that the status conference date of December 3, 2015 be vacated, and the matter be set for status conference on February 18, 2016 at 9:30 a.m. under Local Code T4. The reason for this continuance is to allow the defense additional time to review the case. Counsel for Mr. Carrillo was recently appointed to represent Mr. Carrillo and needs time to review the discovery, perform investigation and research and meet with and discuss the case with Mr. Carrillo. Counsel met with Mr. Carrillo on Friday, November 27, 2015. Mr. Carrillo agrees with this continuance.

Mr. Petrik, Robb Cheal's attorney, agreed to this continuance via email.

Mr. Cosca, Ryan Cheal's attorney, agreed to this continuance via email.

///

1    The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

2    Based on the above-stated findings, the ends of justice served by continuing the case as

3    requested outweigh the interest of the public and the defendant in a trial within the original date

4    prescribed by the Speedy Trial Act.

5    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.,

6    within which trial must commence, the time period of December 3, 2015 and February 18, 2016,

7    inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

8    because it results from a continuance granted by the Court at defendant's request on the basis of

9    the Court's finding that the ends of justice served by taking such action outweigh the best interest

10   of the public and the defendant in a speedy trial.

11   Nothing in this stipulation and order shall preclude a finding that other provisions of the

12   Speedy Trial Act dictate that additional time periods are excludable from the period within which

13   a trial must commence.

14   Dated: December 1, 2015                      Respectfully submitted,

15

16                                               /s/ Dustin D. Johnson
                                                 Dustin D. Johnson
17                                               Counsel for Robert Carrillo

18
     Dated:  December 1, 2015                     Respectfully submitted,
19

20                                               /s/ Michael Petrik (approved via email)
                                                 Michael Petrik, DFPD
21                                               Counsel for Robb Cheal

22

23   Dated:  December 1, 2015                     Respectfully submitted,

24

25                                               /s/ Chris Cosca (approved via email)
                                                 Chris Cosca
26                                               Counsel for Ryan Cheal

27   ///

28   ///

2

Dated:  December 1, 2015

BENJAMIN WAGNER

United States Attorney


/s/ Jason Hitt (approved via email)
JASON HITT
Assistant U.S. Attorney

1   Dustin D. Johnson (SBN: 234008)
    The Law Offices of Dustin D. Johnson
2   2701 Del Paso Road, Suite 130-155
    Sacramento, CA  95835
3   Phone: (877) 377-8070
    Fax: (916) 244-9889
4

5   Attorney for Robert Carrillo

6

7

8                   UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              Case No.  2:12-cr-185 TLN

12              Plaintiff,                 **ORDER TO CONTINUE STATUS
                                           CONFERENCE**
13       v.
                                           **Judge: Hon. Troy L. Nunley**
14  ROBERT CARRILLO, et al.                **Time: 9:30 a.m.**
                                           **Date: February 18, 2016**
15              Defendants.

16

17       Court, having received, read, and considered the stipulation of the parties, and good cause

18  appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the

19  failure to grant a continuance in this case would deny defense counsel reasonable time necessary

20  for effective preparation, taking into account the exercise of due diligence. The Court finds that

21  the ends of justice served by granting the continuance outweigh the best interests of the public

22  and defendants in a speedy trial.

23       The Court orders the status conference rescheduled for February 18, 2016, at 9:30 a.m.

24  The Court orders the time from the date of this order, up to and including February 18, 2016,

25  excluded from computation of time within which the trial of this case must commence under the

26  Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

27  Dated:  December 1, 2015

28

                                           _____
                                           Troy L. Nunley
                                           United States District Judge