1  Dustin D. Johnson (SBN: 234008)
   The Law Offices of Dustin D. Johnson
2  2701 Del Paso Road, Suite 130-155
   Sacramento, CA  95835
3  Phone: (877) 377-8070
   Fax: (916) 244-9889
4

5  Attorney for Robert Carrillo

6

7

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,   | Case No.  2:12-cr-185 TLN
12 |         Plaintiff,          | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**
13 |     v.                      | **Judge: Hon. Troy L. Nunley**
14 | ROBERT CARRILLO, et al.,    | **Time: 9:30 a.m.**
                                  | **Date: April 7, 2016**
15 |         Defendants.         |

16

17       IT IS HEREBY STIPULATED by and between the parties hereto through their respective

18 counsel, Jason Hitt, Assistant United States Attorney, Michael Petrik, Counsel for Robb Cheal,

19 Chris Cosca, Counsel for Ryan Cheal, and Dustin D. Johnson, Counsel for Robert Carrillo, now

20 move that the status conference date of February 18, 2016 be vacated, and the matter be set for

21 status conference on April 7, 2016 at 9:30 a.m. under Local Code T4. The reason for this

22 continuance is to allow the defense additional time to review the case. Counsel for Mr. Carrillo

23 was appointed to represent Mr. Carrillo in November and needs additional time to review the

24 discovery, perform investigation and research and meet with and discuss the case with Mr.

25 Carrillo. Mr. Carrillo agrees with this continuance.

26       Mr. Petrik, Robb Cheal's attorney, agreed to this continuance via email.

27       Mr. Cosca, Ryan Cheal's attorney, agreed to this continuance via email.

28 ///

1    The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

2    Based on the above-stated findings, the ends of justice served by continuing the case as
3    requested outweigh the interest of the public and the defendant in a trial within the original date
4    prescribed by the Speedy Trial Act.

5    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.,
6    within which trial must commence, the time period of February 18, 2016 and April 7, 2016,
7    inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]
8    because it results from a continuance granted by the Court at defendant's request on the basis of
9    the Court's finding that the ends of justice served by taking such action outweigh the best interest
10   of the public and the defendant in a speedy trial.

11   Nothing in this stipulation and order shall preclude a finding that other provisions of the
12   Speedy Trial Act dictate that additional time periods are excludable from the period within which
13   a trial must commence.

14   Dated: February 16, 2016                         Respectfully submitted,

16                                                    /s/ Dustin D. Johnson
                                                      Dustin D. Johnson
17                                                    Counsel for Robert Carrillo

19   Dated:  February 16, 2016                        Respectfully submitted,

20                                                    /s/ Michael Petrik (approved via email)
                                                      Michael Petrik, DFPD
21                                                    Counsel for Robb Cheal

23   Dated:  February 16, 2016                        Respectfully submitted,

25                                                    /s/ Chris Cosca (approved via email)
                                                      Chris Cosca
26                                                    Counsel for Ryan Cheal

27   ///
28   ///

2

| | |
|---|---|
| Dated:  February 16, 2016 | BENJAMIN WAGNER<br>United States Attorney<br><br>/s/ Jason Hitt (approved via email)<br>JASON HITT<br>Assistant U.S. Attorney |

1  Dustin D. Johnson (SBN: 234008)
   The Law Offices of Dustin D. Johnson
2  2701 Del Paso Road, Suite 130-155
   Sacramento, CA  95835
3  Phone: (877) 377-8070
   Fax: (916) 244-9889
4

5  Attorney for Robert Carrillo

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      | Case No.  2:12-cr-185 TLN
12 |         Plaintiff,             | **ORDER TO CONTINUE STATUS CONFERENCE**
13 |   v.                           |
14 | ROBERT CARRILLO, et al.,       | **Judge: Hon. Troy L. Nunley**
                                      **Time: 9:30 a.m.**
15 |         Defendants.            | **Date: April 7, 2016**

16

17    Court, having received, read, and considered the stipulation of the parties, and good cause

18 appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the

19 failure to grant a continuance in this case would deny defense counsel reasonable time necessary

20 for effective preparation, taking into account the exercise of due diligence. The Court finds that

21 the ends of justice served by granting the continuance outweigh the best interests of the public

22 and defendants in a speedy trial.

23    The Court orders the status conference rescheduled for April 7, 2016, at 9:30 a.m. The

24 Court orders the time from the date of this order, up to and including April 7, 2016, excluded

25 from computation of time within which the trial of this case must commence under the Speedy

26 Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

27 Dated:  February 16, 2016

28

_____
Troy L. Nunley
United States District Judge