1  Dustin D. Johnson (SBN: 234008)
   The Law Offices of Dustin D. Johnson
2  2701 Del Paso Road, Suite 130-155
   Sacramento, CA  95835
3  Phone: (877) 377-8070
   Fax: (916) 244-9889
4

5  Attorney for Robert Carrillo

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         | Case No.  2:12-cr-185 TLN
12 |            Plaintiff,             | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**
13 |        v.                         |
14 | ROBERT CARRILLO, ET AL.           | **Judge: Hon. Troy L. Nunley**
                                         **Time: 9:30 a.m.**
                                         **Date: July 28, 2016**
15 |            Defendants.            |

16

17       IT IS HEREBY STIPULATED by and between the parties hereto through their respective

18 counsel, Jason Hitt, Assistant United States Attorney, Michael Petrik, Counsel for Robb Cheal,

19 Chris Cosca, Counsel for Ryan Cheal,  and Dustin D. Johnson, Counsel for Robert Carrillo, that

20 the status conference date of April 7, 2016 be vacated, and the matter be set for status conference

21 on July 28, 2016 at 9:30 a.m. under Local Code T4. The reason for this continuance is to allow

22 the defense additional time to review the case. Counsel for Mr. Carrillo was appointed to

23 represent Mr. Carrillo in November and needs additional time to review the discovery, perform

24 investigation and research and meet with and discuss the case with Mr. Carrillo. Mr. Carrillo

25 agrees with this continuance.

26       Mr. Petrik, Robb Cheal's attorney, agreed to this continuance via email.

27       Mr. Cosca, Ryan Cheal's attorney, agreed to this continuance via email.

28 ///

1    The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

2    Based on the above-stated findings, the ends of justice served by continuing the case as
3 requested outweigh the interests of the public and the defendant in a trial within the original date
4 prescribed by the Speedy Trial Act.

5    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.,
6 within which trial must commence, the time period of April 7, 2016 to July 28, 2016, inclusive, is
7 deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it
8 results from a continuance granted by the Court at defendant's request on the basis of the Court's
9 finding that the ends of justice served by taking such action outweigh the best interest of the
10 public and the defendant in a speedy trial.

11    Nothing in this stipulation and order shall preclude a finding that other provisions of the
12 Speedy Trial Act dictate that additional time periods are excludable from the period within which
13 a trial must commence.

14 Dated: April 5, 2016                    Respectfully submitted,

16                                          /s/ Dustin D. Johnson
                                            Dustin D. Johnson
17                                          Counsel for Robert Carrillo

19 Dated:  April 5, 2016                   Respectfully submitted,

20                                          /s/ Michael Petrik (approved via email)
21                                          Michael Petrik, DFPD
                                            Counsel for Robb Cheal

23 Dated:  April 5, 2016                   Respectfully submitted,

25                                          /s/ Chris Cosca (approved via email)
                                            Chris Cosca
26                                          Counsel for Ryan Cheal

27 ///
28 ///

1 | Dated: April 5, 2016

BENJAMIN WAGNER
United States Attorney

/s/ Jason Hitt (approved via email)
JASON HITT
Assistant U.S. Attorney

Dustin D. Johnson (SBN: 234008)
The Law Offices of Dustin D. Johnson
2701 Del Paso Road, Suite 130-155
Sacramento, CA  95835
Phone: (877) 377-8070
Fax: (916) 244-9889

Attorney for Robert Carrillo

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:12-cr-185 TLN |
|---|---|
| Plaintiff, | **ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | **Judge: Hon. Troy L. Nunley** |
| ROBERT CARRILLO, ET AL. | **Time: 9:30 a.m.** |
| Defendants. | **Date: July 28, 2016** |

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the status conference rescheduled for July 28, 2016, at 9:30 a.m. The Court orders the time from the date of this order, up to and including July 28, 2016, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

Dated:  April 5, 2016

_____
Troy L. Nunley
United States District Judge