1  Dustin D. Johnson (SBN: 234008)
   The Law Offices of Dustin D. Johnson
2  2701 Del Paso Road, Suite 130-155
   Sacramento, CA  95835
3  Phone: (877) 377-8070
   Fax: (916) 244-9889
4

5  Attorney for Robert Carrillo

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No.  2:12-cr-185 TLN

12              Plaintiff,             **STIPULATION AND ORDER TO
                                       CONTINUE STATUS CONFERENCE**
13        v.
                                       **Judge: Hon. Troy L. Nunley**
14  ROBERT CARRILLO, ET AL.            **Time: 9:30 a.m.**
                                       **Date: July 28, 2016**
15              Defendants.

16

17        IT IS HEREBY STIPULATED by and between the parties hereto through their respective

18  counsel, Jason Hitt, Assistant United States Attorney, Michael Petrik, Counsel for Robb Cheal,

19  Chris Cosca, Counsel for Ryan Cheal,  and Dustin D. Johnson, Counsel for Robert Carrillo, that

20  the status conference date of April 7, 2016 be vacated, and the matter be set for status conference

21  on July 28, 2016 at 9:30 a.m. under Local Code T4. The reason for this continuance is to allow

22  the defense additional time to review the case. Counsel for Mr. Carrillo was appointed to

23  represent Mr. Carrillo in November and needs additional time to review the discovery, perform

24  investigation and research and meet with and discuss the case with Mr. Carrillo. Mr. Carrillo

25  agrees with this continuance.

26        Mr. Petrik, Robb Cheal's attorney, agreed to this continuance via email.

27        Mr. Cosca, Ryan Cheal's attorney, agreed to this continuance via email.

28  ///

1    The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

2    Based on the above-stated findings, the ends of justice served by continuing the case as

3    requested outweigh the interests of the public and the defendant in a trial within the original date

4    prescribed by the Speedy Trial Act.

5    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.,

6    within which trial must commence, the time period of April 7, 2016 to July 28, 2016, inclusive, is

7    deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it

8    results from a continuance granted by the Court at defendant's request on the basis of the Court's

9    finding that the ends of justice served by taking such action outweigh the best interest of the

10   public and the defendant in a speedy trial.

11   Nothing in this stipulation and order shall preclude a finding that other provisions of the

12   Speedy Trial Act dictate that additional time periods are excludable from the period within which

13   a trial must commence.

14   Dated: April 5, 2016                    Respectfully submitted,

15

16                                           /s/ Dustin D. Johnson
                                             Dustin D. Johnson

17                                           Counsel for Robert Carrillo

18
     Dated:  April 5, 2016                   Respectfully submitted,
19

20                                           /s/ Michael Petrik (approved via email)
                                             Michael Petrik, DFPD
21                                           Counsel for Robb Cheal

22

23   Dated:  April 5, 2016                   Respectfully submitted,

24

25                                           /s/ Chris Cosca (approved via email)
                                             Chris Cosca
26                                           Counsel for Ryan Cheal

27   ///

28   ///

2

1

Dated:  April 5, 2016                                      BENJAMIN WAGNER

2                                                                       United States Attorney

3

4                                                                       /s/ Jason Hitt (approved via email)
                                                                        JASON HITT

5                                                                       Assistant U.S. Attorney

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Dustin D. Johnson (SBN: 234008)
   The Law Offices of Dustin D. Johnson
2  2701 Del Paso Road, Suite 130-155
   Sacramento, CA  95835
3  Phone: (877) 377-8070
   Fax: (916) 244-9889
4

5  Attorney for Robert Carrillo

6

7              UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,              Case No.  2:12-cr-185 TLN

11              Plaintiff,                 **ORDER TO CONTINUE STATUS
                                           CONFERENCE**
12        v.
                                           **Judge: Hon. Troy L. Nunley**
13  ROBERT CARRILLO, ET AL.                **Time: 9:30 a.m.**
                                           **Date: July 28, 2016**
14              Defendants.

15

16        The Court, having received, read, and considered the stipulation of the parties, and good

17  cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that

18  the failure to grant a continuance in this case would deny defense counsel reasonable time

19  necessary for effective preparation, taking into account the exercise of due diligence. The Court

20  finds that the ends of justice served by granting the continuance outweigh the best interests of the

21  public and defendants in a speedy trial.

22        The Court orders the status conference rescheduled for July 28, 2016, at 9:30 a.m. The

23  Court orders the time from the date of this order, up to and including July 28, 2016, excluded

24  from computation of time within which the trial of this case must commence under the Speedy

25  Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

26  Dated:  April 5, 2016

27

28
                                           _____
                                           Troy L. Nunley
                                           United States District Judge