HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
ROBB CHEAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:12-cr-185 TLN |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | STATUS CONFERENCE TO NOVEMBER 10, |
| v. | ) | 2016, AT 9:30 A.M. |
| | ) | |
| ROBB CHEAL, | ) | Date:    September 22, 2016 |
| RYAN CHEAL, | ) | Time:    9:30 a.m. |
| ROBERT CARRILLO, | ) | Judge:   Hon. Troy L. Nunley |
| | ) | |
| Defendants. | ) | |
| | ) | |

The parties stipulate, through respective counsel, that the Court should continue the status conference set for September 22, 2016, at 9:30 a.m., to November 10, 2016, at 9:30 a.m.

Defense counsel requires the continuance to consult with their clients about discovery, and to conduct investigation.  Defense counsel also requires further time to meet and consult with each other.  Finally, Defense counsel requires further time to meet and confer with their clients regarding plea agreements that the government has proposed, and to propose counter offers to the government.

Counsel and the defendants agree that the Court should exclude the time from today through November 10, 2016, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

1    Counsel and the defendants also agree that the ends of justice served by the Court

2  granting this continuance outweigh the best interests of the public and the defendants in a speedy

3  trial.

4  DATED: September 20, 2016            Respectfully submitted,
                                        HEATHER E. WILLIAMS
5
                                        Federal Defender
6
                                        /s/ M.Petrik_____
7                                       MICHAEL PETRIK, Jr.
8                                       Assistant Federal Defender
                                        Attorneys for Robb Cheal
9

10  DATED: September 20, 2016

11                                      /s/ M.Petrik for_____
12                                      CHRIS COSCA
                                        Attorney for Ryan Cheal
13

14  DATED: September 20, 2016

15                                      /s/ M.Petrik for_____
16                                      DUSTIN D. JOHNSON
                                        Attorney for Robert Carrillo
17

18
    DATED: September 20, 2016          PHILLIP A. TALBERT
19                                      Acting United States Attorney

20                                      /s/ M.Petrik for_____
21                                      JASON HITT
                                        Assistant U.S. Attorney
22

23

24

25

26

27

28

1

**O R D E R**

2        The Court, having received, read, and considered the stipulation of the parties, and good

3   cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds

4   that the failure to grant a continuance in this case would deny defense counsel reasonable time

5   necessary for effective preparation, taking into account the exercise of due diligence.  The Court

6   finds that the ends of justice served by granting the continuance outweigh the best interests of the

7   public and defendants in a speedy trial.

8        The Court orders the status conference rescheduled for November 10, 2016, at 9:30 a.m.

9   The Court orders the time from the date of the parties stipulation, up to and including November

10  10, 2016, excluded from computation of time within which the trial of this case must commence

11  under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

12  DATED: September 20, 2016

13

14                                                    _____
15                                                    Troy L. Nunley
                                                      United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28