HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
ROBB CHEAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ROBB CHEAL,<br>RYAN CHEAL,<br>ROBERT CARRILLO,<br><br>          Defendants. | Case No. Case No. 2:12-cr-185 TLN<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO MARCH 2, 2017, AT 9:30 A.M.<br><br>Date:    January 26, 2017<br>Time:    9:30 a.m.<br>Judge:   Hon. Troy L. Nunley |

The parties stipulate, through respective counsel, that the Court should continue the status conference set for January 26, 2017, at 9:30 a.m., to, March 2, 2017, at 9:30 a.m.

Defense counsel requires the continuance to consult with their clients about discovery, and to conduct investigation.  Defense counsel also requires further time to meet and consult with each other, and to meet and confer with their clients regarding plea agreements that the government has proposed, and to propose counter offers to the government.

Counsel and the defendants agree that the Court should exclude the time from today through March 2, 2017, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

Counsel and the defendants also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Stipulation to Continue                              -1-                              12-185 TLN

1    DATED: January 23, 2017              Respectfully submitted,
                                          HEATHER E. WILLIAMS
2

3                                         Federal Defender

4                                         /s/ M. Petrik_____
                                          MICHAEL PETRIK, Jr.
5                                         Assistant Federal Defender
                                          Attorneys for Robb Cheal
6

7
     DATED: January 23, 2017
8
                                          /s/ M. Petrik for_____
9                                         CHRIS COSCA
                                          Attorney for Ryan Cheal
10

11
     DATED: January 23, 2017
12
                                          /s/ M. Petrik for_____
13                                        DUSTIN D. JOHNSON
                                          Attorney for Robert Carrillo
14

15
     DATED: January 23, 2017              PHILLIP A. TALBERT
16                                        United States Attorney

17                                        /s/ M. Petrik for_____
18                                        JASON HITT
                                          Assistant U.S. Attorney
19

20

21

22

23

24

25

26

27

28

1

## **O R D E R**

2      The Court, having received, read, and considered the stipulation of the parties, and good

3  cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds

4  that the failure to grant a continuance in this case would deny defense counsel reasonable time

5  necessary for effective preparation, taking into account the exercise of due diligence.  The Court

6  finds that the ends of justice served by granting the continuance outweigh the best interests of the

7  public and defendants in a speedy trial.

8      The Court orders the status conference rescheduled for March 2, 2017, at 9:30 a.m.  The

9  Court orders the time from the date of the parties stipulation, up to and including March 2, 2017,

10  excluded from computation of time within which the trial of this case must commence under the

11  Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

12  DATED: January 23, 2017

13

14  _____

15  Troy L. Nunley
    United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28