HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ROBB CHEAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. Case No. 2:12-cr-185 TLN |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO MARCH 2, 2017, AT 9:30 A.M. |
| v. | ) ) | |
| ROBB CHEAL, RYAN CHEAL, ROBERT CARRILLO, | ) ) ) | Date: January 26, 2017 Time: 9:30 a.m. Judge: Hon. Troy L. Nunley |
| Defendants. | ) ) | |

The parties stipulate, through respective counsel, that the Court should continue the status conference set for January 26, 2017, at 9:30 a.m., to, March 2, 2017, at 9:30 a.m.

Defense counsel requires the continuance to consult with their clients about discovery, and to conduct investigation. Defense counsel also requires further time to meet and consult with each other, and to meet and confer with their clients regarding plea agreements that the government has proposed, and to propose counter offers to the government.

Counsel and the defendants agree that the Court should exclude the time from today through March 2, 2017, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

Counsel and the defendants also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Stipulation to Continue         -1-         12-185 TLN

| | | |
|---|---|---|
| 1 | DATED: January 23, 2017 | Respectfully submitted,<br>HEATHER E. WILLIAMS |
| 2 | | |
| 3 | | Federal Defender |
| 4 | | /s/ M. Petrik_____ |
| 5 | | MICHAEL PETRIK, Jr.<br>Assistant Federal Defender |
| 6 | | Attorneys for Robb Cheal |
| 7 | DATED: January 23, 2017 | |
| 8 | | |
| 9 | | /s/ M. Petrik for_____<br>CHRIS COSCA |
| 10 | | Attorney for Ryan Cheal |
| 11 | DATED: January 23, 2017 | |
| 12 | | |
| 13 | | /s/ M. Petrik for_____<br>DUSTIN D. JOHNSON |
| 14 | | Attorney for Robert Carrillo |
| 15 | DATED: January 23, 2017 | PHILLIP A. TALBERT |
| 16 | | United States Attorney |
| 17 | | /s/ M. Petrik for_____ |
| 18 | | JASON HITT<br>Assistant U.S. Attorney |

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the status conference rescheduled for March 2, 2017, at 9:30 a.m.  The Court orders the time from the date of the parties stipulation, up to and including March 2, 2017, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

DATED: January 23, 2017

_____
Troy L. Nunley
United States District Judge