1    HEATHER E. WILLIAMS, #122664
     Federal Defender
2    MICHAEL PETRIK, Jr., #177913
     Assistant Federal Defender
3    801 I Street, 3rd Floor
     Sacramento, CA  95814
4    Telephone: (916) 498-5700

5    Attorneys for Defendant
     ROBB CHEAL
6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,          )   Case No. Case No. 2:12-cr-185 TLN
                                        )
11                   Plaintiff,         )   STIPULATION AND ORDER TO CONTINUE
                                        )   STATUS CONFERENCE TO MARCH 30,
12        v.                            )   2017, AT 9:30 A.M.
                                        )
13   ROBB CHEAL,                        )   Date:    March 2, 2017
     RYAN CHEAL,                        )   Time:    9:30 a.m.
14   ROBERT CARRILLO,                   )   Judge:   Hon. Troy L. Nunley
                                        )
15                   Defendants.        )
                                        )
16

17        The parties stipulate, through respective counsel, that the Court should continue the status

18   conference set for March 2, 2017, at 9:30 a.m., to, March 30, 2017, at 9:30 a.m.

19        Defense counsel requires the continuance to consult with their clients about discovery,

20   and to conduct investigation.  Defense counsel also requires further time to meet and consult

21   with each other, and to meet and confer with their clients regarding plea agreements that the

22   government has proposed, and to propose counter offers to the government.

23        Counsel and the defendants agree that the Court should exclude the time from today

24   through March 30, 2017, when it computes the time within which trial must commence under the

25   Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

26        Counsel and the defendants also agree that the ends of justice served by the Court

27   granting this continuance outweigh the best interests of the public and the defendants in a speedy

28   trial.

     Stipulation to Continue                    -1-

1

DATED: February 28, 2017

Respectfully submitted,
HEATHER E. WILLIAMS

2

3

Federal Defender

4

/s/ M. Petrik_____
MICHAEL PETRIK, Jr.

5

Assistant Federal Defender
Attorneys for Robb Cheal

6

7

DATED: February 28, 2017

8

9

/s/ M. Petrik for_____ _____
CHRIS COSCA

10

Attorney for Ryan Cheal

11

DATED: February 28, 2017

12

13

/s/ M. Petrik for_____
DUSTIN D. JOHNSON

14

Attorney for Robert Carrillo

15

16

DATED: February 28, 2017

PHILLIP A. TALBERT
United States Attorney

17

/s/ M. Petrik for_____
JASON HITT

18

Assistant U.S. Attorney

19

20

21

22

23

24

25

26

27

28

Stipulation to Continue

-2-

1

**O R D E R**

2          The Court, having received, read, and considered the stipulation of the parties, and good

3    cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds

4    that the failure to grant a continuance in this case would deny defense counsel reasonable time

5    necessary for effective preparation, taking into account the exercise of due diligence.  The Court

6    finds that the ends of justice served by granting the continuance outweigh the best interests of the

7    public and defendants in a speedy trial.

8          The Court orders the status conference rescheduled for March 30, 2017, at 9:30 a.m.  The

9    Court orders the time from the date of the parties stipulation, up to and including March 30,

10   2017, excluded from computation of time within which the trial of this case must commence

11   under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

12   DATED: February 28, 2017

13

14

15                                          _____
                                           Troy L. Nunley
16                                         United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Continue                    -3-