1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   ROBB CHEAL

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,  ) Case No. Case No. 2:12-cr-185 TLN
   |                            )
11 |            Plaintiff,      ) STIPULATION AND ORDER TO CONTINUE
   |                            ) STATUS CONFERENCE TO MARCH 30,
12 |      v.                    ) 2017, AT 9:30 A.M.
   |                            )
13 | ROBB CHEAL,                ) Date:  March 2, 2017
   | RYAN CHEAL,                ) Time:  9:30 a.m.
14 | ROBERT CARRILLO,           ) Judge: Hon. Troy L. Nunley
   |                            )
15 |            Defendants.     )
   |                            )
16

17     The parties stipulate, through respective counsel, that the Court should continue the status

18 conference set for March 2, 2017, at 9:30 a.m., to, March 30, 2017, at 9:30 a.m.

19     Defense counsel requires the continuance to consult with their clients about discovery,

20 and to conduct investigation.  Defense counsel also requires further time to meet and consult

21 with each other, and to meet and confer with their clients regarding plea agreements that the

22 government has proposed, and to propose counter offers to the government.

23     Counsel and the defendants agree that the Court should exclude the time from today

24 through March 30, 2017, when it computes the time within which trial must commence under the

25 Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

26     Counsel and the defendants also agree that the ends of justice served by the Court

27 granting this continuance outweigh the best interests of the public and the defendants in a speedy

28 trial.

Stipulation to Continue                -1-

| | | |
|---|---|---|
| 1 | DATED: February 28, 2017 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS |
| 3 | | Federal Defender |
| 4 | | /s/ M. Petrik_____ |
| | | MICHAEL PETRIK, Jr. |
| 5 | | Assistant Federal Defender |
| 6 | | Attorneys for Robb Cheal |
| 7 | DATED: February 28, 2017 | |
| 8 | | |
| 9 | | /s/ M. Petrik for_____ |
| | | CHRIS COSCA |
| 10 | | Attorney for Ryan Cheal |
| 11 | DATED: February 28, 2017 | |
| 12 | | |
| 13 | | /s/ M. Petrik for_____ |
| | | DUSTIN D. JOHNSON |
| 14 | | Attorney for Robert Carrillo |
| 15 | DATED: February 28, 2017 | PHILLIP A. TALBERT |
| 16 | | United States Attorney |
| 17 | | /s/ M. Petrik for_____ |
| 18 | | JASON HITT |
| | | Assistant U.S. Attorney |

Stipulation to Continue — -2-

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the status conference rescheduled for March 30, 2017, at 9:30 a.m. The Court orders the time from the date of the parties stipulation, up to and including March 30, 2017, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

DATED: February 28, 2017

_____
Troy L. Nunley
United States District Judge