| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MICHAEL PETRIK, Jr., #177913 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorneys for Defendant |
| | ROBB CHEAL |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. Case No. 2:12-cr-185 TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | Date: May 18, 2017 |
| ROBB CHEAL, | Time: 9:30 a.m. |
| | Judge: Hon. Troy L. Nunley |
| Defendant. | |

The parties stipulate, through respective counsel, that the Court should continue the status conference set for May 18, 2017, at 9:30 a.m., to, May 25, 2017, at 9:30 a.m.

Defense counsel requires the continuance to consult with his client about discovery, and to conduct investigation. Defense counsel also requires further time to meet and confer with his client regarding plea agreement that the government has proposed, and to propose a counter offer to the government.

Counsel and the defendant agree that the Court should exclude the time from today through May 25, 2017, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Stipulation to Continue -1-

| | | |
|---|---|---|
| 1 | DATED: May 16, 2017 | Respectfully submitted,<br>HEATHER E. WILLIAMS |
| 2 | | |
| 3 | | Federal Defender |
| 4 | | /s/ M. Petrik_____<br>MICHAEL PETRIK, Jr. |
| 5 | | Assistant Federal Defender<br>Attorneys for Robb Cheal |
| 6 | | |
| 7 | | |
| 8 | DATED: May 16, 2017 | PHILLIP A. TALBERT<br>United States Attorney |
| 9 | | |
| 10 | | /s/ M. Petrik for_____<br>JASON HITT |
| 11 | | Assistant U.S. Attorney |

# **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders the status conference rescheduled for May 25, 2017, at 9:30 a.m. The Court orders the time from the date of the parties stipulation, up to and including May 25, 2017, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

DATED: May 17, 2017

_____
Troy L. Nunley
United States District Judge