FILED

NOV 16 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

United States of America )
vs. ) Case No. 2:12-CR-00185-TLN-1
)
Robb Cheal )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Robb Cheal_____, have discussed with _____Alicia Mirgain_____, Pretrial Services Officer, modifications of my release conditions as follows:

Add the following conditions of release:

1. You shall participate in the Better Choices court program and comply with all the rules and regulations of the program. You shall remain in the program until released by a pretrial services officer. In accordance with this condition, you must appear before the Allison Claire, courtroom 26, on November 21, 2017 at 10:30 AM.

Reason for modification: Pretrial Services has had ongoing problems with the defendant missing drug tests.

Pretrial Services concurs with the modification. All other conditions shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  11/13/17    _____  11/16/17
Signature of Defendant   Date    Signature of Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____   11/16/17
Signature of Assistant U.S. Attorney   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____   11/16/17
Signature of Defense Counsel   Date

## ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on 11/16/2017

☐ The above modification of conditions of release is *not* ordered.

_____   11/16/2017
Judicial Officer Signature   Date