
**FILED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JUL 06 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By: _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00185-TLN |
| Plaintiff, | |
| v. | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| ROBB CHEAL, | |
| Defendant. | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release ROBB CHEAL

Case No. 2:12-cr-00185-TLN Charge 21 USC § 846, 841(a), from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other): **TO BE RELEASED FROM MARSHAL'S TO PRETRIAL AT 9:00 A.M. ON 7/10/2018.** for transport to wellspace for inpatient rehab

Issued at Sacramento, California on July 6, 2018 at _____.

By: _____
Magistrate Judge Carolyn K. Delaney