IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №:2:12-cr-00185 TLN |
| Plaintiff, | ) | **O R D E R APPOINTING COUNSEL** |
| vs. | ) | |
| ROBB CHEAL, | ) | |
| Defendant. | ) | |

The Federal Defender was relieved in court on November 29, 2018. CJA Panel attorney Michael Long is hereby appointed effective December 3, 2018, the date the Office of the Federal Defender first contacted him.

Dated: December 5, 2018

_____
Troy L. Nunley
United States District Judge

ORDER APPOINTING COUNSEL          1