MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for ROBB CHEAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 12-185 TLN |
| Plaintiff, | ) |
| | ) STIPULATION AND [~~PROPOSED~~] |
| v. | ) ORDER DELETING PARTICIPATION IN |
| | ) THE BETTER CHOICES COURT PROGRAM |
| | ) |
| ROBB CHEAL, | ) Date: |
| | ) Time: |
| Defendant. | ) Judge: Hon. Allison Claire |
| ================================) | |

Robb Cheal's special conditions of pre-trial release are found in ECF document 255. Condition number 15 reads:

**15.** You shall participate in the Better Choices court program and comply with all the rules and regulations of the program. You shall remain in the program until released by a pretrial services officer. In accordance with this condition, you must appear before the Allison Claire, courtroom 26, on November 21, 2017 at 10:30 AM.

At the suggestion of PTS Officer Alicia Mirgain, the parties are requesting that the Court order Special Condition 15 be deleted. After Mr. Cheal's successful completion of the Wellspace residential treatment program in October, Pretrial Services no longer believes BCCP is necessary.

Dated:  December 11, 2018                    Respectfully submitted,

                                             /s/ Michael D. Long
                                             MICHAEL D. LONG
                                             Attorney for Robb Cheal

-1-

Dated: December 11, 2018                    McGREGOR SCOTT
                                            United States Attorney

                                            /s/ Jason Hitt
                                            JASON HITT
                                            Assistant U.S. Attorney

[~~PROPOSED~~] ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court orders that Mr. Cheal's Special Condition 15 is hereby deleted.

Dated: December 12, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE