MICHAEL D. LONG (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for ROBB CHEAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:12-CR-185-TLN |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) TO STATUS CONFERENCE |
| | ) |
| ROBB CHEAL, | ) Date: 1-3-2019 |
| | ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Hon. Troy L. Nunley |
| ================================) | |

    It is hereby stipulated between the parties, Jason Hitt, Assistant United States Attorney, Michael D. Long, attorney for defendant ROBB CHEAL, that the status conference set for December 13, 2018, at 9:30 a.m. should be vacated and re-set for January 3, 2019, at 9:30 a.m.

    The parties further agree that this court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown. Mr. Long is investigating a potential legal conflict of interest and if there is one, whether that legal conflict will be waived by a co-defendant.

    Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial. Each party would like time to be excluded as provided by Local Code T4 from today's date through January 3, 2019, for the effective preparation of all counsel, taking in to account due diligence. 18 U.S.C. section 3161(b)(7)(B)(iv).

    All parties request the date of January 3, 2019, for the status hearing. The request for extending the date for the status conference is at the specific request of the defendants and with the

-1-

knowing, intelligent and voluntary waiver of their speedy trial rights under the law. Good cause is hereby shown.

Dated: December 12, 2018                       Respectfully submitted,

                                                       /s/ Michael D. Long
                                                       MICHAEL D. LONG
                                                       Attorney for Robb Cheal

Dated: December 12, 2018                       BENJAMIN WAGNER
                                                       United States Attorney

                                                       /s/ Jason Hitt
                                                       JASON HITT
                                                       Assistant U.S. Attorney

                                       ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The date for the status hearing in this matter is hereby re-set for January 3, 2019, at 9:30 a.m., before District Court Judge Troy L. Nunley. The court finds that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial. Time is excluded as provided by Local Code T4 from today's date through January 3, 2019, for the effective preparation of all counsel, taking in to account due diligence. 18 U.S.C. section 3161(b)(7)(B)(iv).

Dated: December 13, 2018

                                                       Troy L. Nunley
                                                       United States District Judge