MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for ROBB CHEAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:12-cr-185 TLN |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) TO CONTINUE |
| | ) STATUS CONFERENCE |
| ROBB CHEAL, | ) Date: 2-14-2019 |
| | ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Hon. Troy L. Nunley |
| ==============================) | |

It is hereby stipulated between the parties, Jason Hitt, Assistant United States Attorney, Michael D. Long, attorney for defendant ROBB CHEAL, that the status conference set for January 3, 2019, at 9:30 a.m. should be vacated and re-set for February 14, 2019, at 9:30 a.m.

Mr. Cheal has already entered a plea of guilty.  The parties further agree that this court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown. Mr. Long will be replaced by CJA Michael Hansen due a legal conflict of interest.  Mr. Hansen will use the time between now and February 14, 2019, to receive and review the case file, meet with Mr. Cheal, and to advise Mr. Cheal.

All parties request the date of February 14, 2019, for the status hearing.  The request for extending the date for the status conference is at the specific request of the defendants and with the knowing, intelligent and voluntary waiver of their speedy trial rights under the law.  Good cause is hereby shown.

Dated: January 2, 2019                                  Respectfully submitted,

                                                        /s/ Michael D. Long
                                                        MICHAEL D. LONG
                                                        Outgoing Attorney for Robb Cheal

Dated: January 2, 2019                                  Respectfully submitted,

                                                        /s/ Michael Hansen
                                                        MICHAEL HANSEN
                                                        Incoming Attorney for Robb Cheal

Dated: January 2, 2019                                  BENJAMIN WAGNER
                                                        United States Attorney

                                                        /s/ Jason Hitt
                                                        JASON HITT
                                                        Assistant U.S. Attorney

## ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The date for the status hearing in this matter is hereby re-set for February 14, 2019, at 9:30 a.m., before District Court Judge Troy L. Nunley.

Dated: January 2, 2019

                                                        Troy L. Nunley
                                                        United States District Judge