Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
ROBB CHEAL

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:12-cr-00185 TLN |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **CONTINUE STATUS CONFERENCE** |
| vs. | ) |
| | ) |
| ROBB CHEAL, | ) |
| | ) |
| Defendants. | ) |
| | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jason Hitt, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Robb Cheal, that the previously-scheduled status conference date of February 14, 2019, be vacated and the matter set for status conference on May 16, 2019, at 9:30 a.m.

This continuance is requested because defense counsel needs time to review discovery in this case.  Undersigned is new to the case and the amount of discovery is unknown.  The matter is post-plea and does not require an exclusion of time.

The Government concurs with this request.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

/////

/////

**Stipulation and Order to Continue Status Conference**

IT IS SO STIPULATED.

Dated: February 11, 2019                        Respectfully submitted,

                                            /s/ Michael E. Hansen
                                            MICHAEL E. HANSEN
                                            Attorney for Defendant
                                            ROBB CHEAL

Dated: February 11, 2019                        McGREGOR SCOTT
                                            United States Attorney

                                            By: /s/ Michael E. Hansen for
                                            JASON HITT
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

# ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

It is further ordered that the February 14, 2019, status conference shall be continued until May 16, 2019, at 9:30 a.m.

IT IS SO ORDERED.

DATED: February 12, 2019

                                            Troy L. Nunley
                                          United States District Judge