Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
ROBB CHEAL

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:12-cr-0185 TLN |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **CONTINUE STATUS CONFERENCE** |
| vs. ) | |
| ) | |
| ROBB CHEAL, ) | |
| ) | |
| Defendants. ) | |
| ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jason Hitt, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Robb Cheal, that the previously-scheduled status conference date of June 4, 2020, be vacated and the matter set for status conference on September 24, 2020 at 9:30 a.m.

This continuance is requested because defense counsel needs time to review discovery in this case.  Undersigned is new to the case and the amount of discovery is voluminous.  Also, the coronavirus pandemic warrants a continuance.  The matter is post-plea and does not require an exclusion of time.

The Government concurs with this request.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

/////

**1**
**Stipulation and Order to Continue Status Conference**

1  IT IS SO STIPULATED.

2 Dated:  June 1, 2020                                          Respectfully submitted,

3                                                                                    /s/ Michael E. Hansen
                                                                                     MICHAEL E. HANSEN
4                                                                                    Attorney for Defendant
                                                                                     ROBB CHEAL
5
Dated:  June 1, 2020                                           McGREGOR SCOTT
6                                                                                    United States Attorney

7                                                                                    By:  /s/ Michael E. Hansen for
                                                                                     JASON HITT
8                                                                                    Assistant U.S. Attorney
                                                                                     Attorney for Plaintiff
9

10                                                       **ORDER**

11         The Court, having received, read, and considered the stipulation of the parties,

12 and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its

13 order.

14         It is further ordered that the June 4, 2020, status conference shall be continued

15 until September 24, 2020, at 9:30 a.m.

16  IT IS SO ORDERED.

17
DATED: June 1, 2020
18                                                                                   _____
                                                                                     Troy L. Nunley
19                                                                                   United States District Judge

**2**
**Stipulation and Order to Continue Status Conference**