Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
ROBB CHEAL

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:12-00185 TLN |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **CONTINUE STATUS CONFERENCE** |
| vs. | ) |
| | ) |
| ROBB CHEAL, | ) |
| | ) |
| Defendants. | ) |
| | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jason Hitt, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Robb Cheal, that the previously-scheduled status conference date of September 24, 2020, be vacated and the matter set for status conference on December 17, 2020 at 9:30 a.m.

This continuance is requested because defense counsel needs time to review discovery in this case.  The amount of discovery is voluminous.  Also, the coronavirus pandemic warrants a continuance.  The matter is post-plea and does not require an exclusion of time.

The Government concurs with this request.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
/////

IT IS SO STIPULATED.

**1**
Stipulation and Order to Continue Status Conference

Dated:  September 21, 2020                    Respectfully submitted,

                                             /s/ Michael E. Hansen
                                             MICHAEL E. HANSEN
                                             Attorney for Defendant
                                             ROBB CHEAL

Dated:  September 21, 2020                    McGREGOR SCOTT
                                             United States Attorney

                                             By:  /s/ Michael E. Hansen for
                                             JASON HITT
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

## ORDER

      The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

      It is further ordered that the September 24, 2020, status conference shall be continued until December 17, 2020, at 9:30 a.m.

      IT IS SO ORDERED.

DATED: September 21, 2020

_____
Troy L. Nunley
United States District Judge

**Stipulation and Order to Continue Status Conference**