Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
ROBB CHEAL

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 2:12-cr-0185 TLN |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | ) ) | |
| ROBB CHEAL, | ) ) | |
| Defendants. | ) ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jason Hitt, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Robb Cheal, that the previously scheduled status conference date of March 25, 2021, be vacated and the matter set for status conference on June 17, 2021 at 9:30 a.m.

This continuance is requested because defense counsel needs time to review discovery in this case.  The amount of discovery is voluminous.  Also, the coronavirus pandemic warrants a continuance.  The matter is post-plea and does not require an exclusion of time.

The Government concurs with this request.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

/////

IT IS SO STIPULATED.

1

**Stipulation and Order to Continue Status Conference**

Dated:  March 22, 2021               Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
ROBB CHEAL

Dated:  March 22, 2021               By: /s/ Michael E. Hansen for
JASON HITT
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

It is further ordered that the March 25, 2021, status conference shall be continued until June 17, 2021, at 9:30 a.m.

IT IS SO ORDERED.

Dated: March 23, 2021

_____
Troy L. Nunley
United States District Judge