Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA 95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
ROBB CHEAL

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12-cr-00185-TLN |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO TERMINATE PRETRIAL SUPERVISION** |
| vs. | |
| ROBB CHEAL, | |
| Defendant. | |

IT IS HEREBY STIPULATED between plaintiff, United States of America, and Defendant Robb Cheal, through his attorney, that Mr. Cheal's pre-trial supervision should be terminated and that he should remain out of custody on the presently set $50,000 unsecured appearance bond. On April 30, 2012, the Court ordered Mr. Cheal released on conditions of pre-trial supervision and a $50,000 unsecured appearance bond. (ECF Nos. 24 and 26.) Mr. Cheal has been under Pretrial supervision for the past nine years. He has remained compliant for the past three years (since his violation in July 2018). Based on the foregoing, the parties stipulate that Mr. Cheal's pre-trial supervision should be terminated, he be ordered released on the presently set $50,000 unsecured appearance bond, and that condition number twelve, prohibiting him from obtaining a passport, should remain in effect. This stipulation was approved by Pretrial Services Officer Alicia Mirgain.

The Government concurs with this request.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

/////

IT IS SO STIPULATED.

Dated: May 24, 2021 　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Michael E. Hansen
　　　　　　　　　　　　　　　　　　　　MICHAEL E. HANSEN
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　ROBB CHEAL

Dated: May 24, 2021 　　　　　　　　　　By: /s/ Michael E. Hansen for
　　　　　　　　　　　　　　　　　　　　JASON HITT
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

## [PROPOSED] ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

Dated: June 7, 2021

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE