Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
ROBB CHEAL

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12-cr-00185 TLN |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| ROBB CHEAL, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jason Hitt, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Robb Cheal, that the previously scheduled status conference date of May 12, 2022, be vacated and the matter set for status conference on August 4, 2022, at 9:30 a.m.

This continuance is requested because defense counsel needs time to review discovery in this case. The amount of discovery is voluminous. The matter is post-plea and does not require an exclusion of time.

The Government concurs with this request.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

/////

/////

IT IS SO STIPULATED.

Dated:  May 4, 2022,                                    Respectfully submitted,

                                                       /s/ Michael E. Hansen
                                                       MICHAEL E. HANSEN
                                                       Attorney for Defendant
                                                       ROBB CHEAL

Dated:  May 4, 2022,                                   By:  /s/ Michael E. Hansen for
                                                       JASON HITT
                                                       Assistant U.S. Attorney
                                                       Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

It is further ordered that the May 12, 2022, status conference shall be continued until August 4, 2022, at 9:30 a.m.

IT IS SO ORDERED.

Dated: May 4, 2022

                                                       _____
                                                       Troy L. Nunley
                                                       United States District Judge

**Stipulation and Order to Continue Status Conference**